# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S.B. and D.B., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 13-1463 |
| UNITED OF OMAHA LIFE INSURANCE CO., | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 13th day of June, 2013, upon consideration of the Motion for Remand (Doc. 4) filed by Plaintiffs, S.B. and D.B, and the Motion for Judgment on the Pleadings (Doc. 11) filed by Defendant, United of Omaha Life Insurance Co., it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED**. **IT IS FURTHER ORDERED** that Defendant's Motion is **GRANTED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE